■ In the Matter of RAYMOND CUNNINGHAM, Petitioner, v THOMAS COUGHLIN, as Commissioner of the New York State Correctional Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Superintendent of the Sing Sing Correctional Facility, dated July 5, 1988, which upheld a determination dated May 19, 1988 finding, after a hearing, that the petitioner was guilty of misconduct and imposing a penalty.

Adjudged that the determination is confirmed, and the proceeding is dismissed on the merits, without costs or disbursements.

Following a Tier III disciplinary hearing, it was determined

that the petitioner failed to obey a direct order, in violation of prison rules. The record indicates that the determination was supported by substantial evidence *(see, Matter of Perez v Wilmot,* 67 NY2d 615; *People ex rel. Vega v Smith,* 66 NY2d 130).

We have reviewed the petitioner's remaining arguments and find them to be without merit. Mangano, J. P., Kunzeman, Rubin, Eiber and Balletta, JJ., concur.